UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

My Pillow, Inc.,

        Plaintiff,

v.                                              Case No. 19-cv-0903 (JNE/HB)
                                                      ORDER

Ontel Products Corporation,
Target Corporation, Pegasus Home
Fashions, Inc., and Does 1 through 7,

        Defendants.

---

In a Report and Recommendation ("R&R") dated April 3, 2020, the Honorable Hildy Bowbeer, United States Magistrate Judge, recommended that the Court deny Plaintiff's Motion for a Preliminary Injunction. *See* ECF No. 83. No objections were filed to that Report and Recommendation in the time period permitted. Based on a de novo review of the record, the Court accepts the conclusions of the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); D. Minn. LR 72.2. Therefore, IT IS ORDERED that Plaintiff's Motion for a Preliminary Injunction, ECF No. 49, is DENIED.

Date: April 24, 2020

                                                        s/Joan N. Ericksen
                                                        JOAN N. ERICKSEN
                                                        United States District Judge